

# NUMBER 13-22-00191-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

MISSION CONSOLIDATED
INDEPENDENT SCHOOL DISTRICT,                                    Appellant,

v.

FRANCISCO GARCIA SR. AND
MARIA GARCIA,                                                  Appellees.

---

### On appeal from the 206th District Court
### of Hidalgo County, Texas.

---

# ORDER

### Before Chief Justice Contreras and Justices Longoria and Tijerina
### Order Per Curiam

On July 14, 2022, this Court ordered the appeal abated and the cause referred to mediation. Subsequently, appellees Francisco Garcia Sr. and Maria Garcia filed a motion objecting to mediation. Appellant responded and is not opposed to mediation. Having considered the documents on file and the appellees' motion, this Court is of the opinion that the appellees' motion should be granted.

Accordingly, this Court withdraws its order of abatement and referral to mediation, and the cause is hereby reinstated.

PER CURIAM

Delivered and filed the
25th of July, 2022.